Case 1:19-mj-03204-JG Document 1 Entered on FLSD Docket 07/30/2019 Page 1 of 3

19-3204-MJ-GOODMAN

FILED BY YR D.C.
Jul 30, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

PROB 12C
DMT Rev 01-17

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA

JUL 19 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

### Petition for Warrant for Offender Under Supervision

**Name of Offender:** Theodore Javarre Drummond  **Docket Number:** 0977 9:17CR00007-002

**Name of Sentencing Judicial Officer:** THE HONORABLE DONALD W. MOLLOY
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/19/2017

**Original Offense:** 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 60 months probation

**Type of Supervision:** Probation  **Date Supervision Commenced:** 09/19/2017

**Assistant U.S. Attorney:**
PO Box 8329, Missoula, MT 59807, (406) 542-8851

**Defense Attorney:** Colin M. Stephens
315 West Pine Street, Missoula, MT 59802, (406) 721-0300

## PETITIONING THE COURT

**Background**

On 09/19/2017, the defendant appeared for sentencing before THE HONORABLE DONALD W. MOLLOY, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES. The offense involved the defendant and co-defendants utilizing stolen identities to open Verizon Wireless accounts and fraudulently obtain smartphones. The defendant was sentenced to 60 months probation on September 19, 2017. The defendant has been supervised by the U.S. Probation Office, Southern District of Florida, since sentencing.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On June 26, July 1, July 3, July 9, and July 16, 2019, the defendant submitted urinalysis exams which tested confirmed positive for cocaine. On July 12, 2019, the defendant admitted to his U.S. Probation Officer to |

Petition for Warrant for Offender Under Supervision
Name of Offender: Theodore Javarre Drummond
Page 2

have consumed cocaine on at least three separate occasions, and signed admission statements.

### AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

Reviewed
By: _____
Derek Hart
Supervising United States Probation Officer
Date: 07/19/2019

Respectfully Submitted
By: _____
Derek Hart
Supervising United States Probation Officer
Date: 07/19/2019

### ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 19th day of July, 2019, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Warrant or Summons for Offender Under Supervision shall be unsealed.

_____, for
Donald W Molloy
United States District Judge

July 19, 2019
Date

AO 442 (rev 11 11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Montana

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) Case No.: 0977 9:17CR00007-002 | |
| Theodore Javarre Drummond ) | |
| ) | |

**FILED**

JUL 19 2019

Clerk, U S Courts
District Of Montana
Missoula Division

RECEIVED
2019 JUL 19 P 4:50
US MARSHALS SERVICE
MISSOULA, MT

## ARREST WARRANT

To: Any authorized law enforcement officer.

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Theodore Javarre Drummond, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:371.F: CONSPIRACY TO DEFRAUD THE UNITED STATES

Date: July 19, 2019

_Nana L. Christensen, for_
Issuing Officer's Signature

City and State: Missoula, MT

Donald W Molloy
United States District Judge

| Return | |
|---|---|
| This warrant was received on (date) _____ at (city and state) _____ | , and the person was arrested on (date) _____ |
| Date: _____ | Arresting Officer's Signature |
| | Printed Name and Title |